No. 97–705. KERR-MCGEE CORP. ET AL. v. FARLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF FARLEY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–706. CENTURY OFFSHORE MANAGEMENT CORP. v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–737. ALEXANDER S. ET AL. v. BOYD ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–754. WAGNER ET UX. v. DEVINE ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–783. FLOWERS v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 97–785. BONNEAU CO. v. MAGNIVISION, INC. C. A. Fed. Cir. Certiorari denied.

No. 97–792. JENKINS ET AL. v. MEDFORD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF BUNCOMBE COUNTY, NORTH CAROLINA, ET AL.; and

No. 97–986. MEDFORD, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF BUNCOMBE COUNTY, NORTH CAROLINA, ET AL. v. JENKINS ET AL. C. A. 4th Cir. Certiorari denied. Reported below: 119 F. 3d 1156.

No. 97–820. BRIGMAN v. CSX TRANSPORTATION, INC. Sup. Ct. Va. Certiorari denied.

No. 97–827. MCGOWAN v. TEXACO INC. C. A. 2d Cir. Certiorari denied.

No. 97–841. CHEATHAM ET AL. v. MONROE, COMMISSIONER, ALABAMA DEPARTMENT OF REVENUE, ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 97–842. HILLARY v. TRANS WORLD AIRLINES, INC. C. A. 8th Cir. Certiorari denied.

No. 97–849. CROUCH ET AL. v. SECRETARY OF STATE OF SOUTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–862. PAPAPANOS v. LUFTHANSA GERMAN AIRLINES ET AL. C. A. 11th Cir. Certiorari denied.